Case 2:12-cr-00258-KOB-HGD   Document 22   Filed 11/09/12   Page 1 of 2

FILED
2012 Nov-09 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

/19/81AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

    v.                                      Case Number 2:12-CR-258-KOB-HGD (001)

JORGE PINEDA-MARTINEZ
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, JORGE PINEDA-MARTINEZ, was represented by J. Tim Coyle.

The defendant pleaded guilty to count 1. Accordingly, the court finds the defendant guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Count Number |
|---|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Reentry into the United States | 1 |

As pronounced on November 8, 2012, the court sentenced the defendant as provided on page 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The court orders that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately.

The court further orders that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 9th day of November, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

Case 2:12-cr-00258-KOB-HGD   Document 22   Filed 11/09/12   Page 2 of 2

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 2

Defendant:  JORGE PINEDA-MARTINEZ
Case Number:  2:12-CR-258-KOB-HGD (001)

**IMPRISONMENT**

The court hereby commits the defendant to the custody of the United States Bureau of Prisons to be imprisoned for a term of EIGHT (8) months as to Count 1.

Upon completion of the term of imprisonment, the defendant shall be remanded to the custody of the U.S. Marshal Service for surrender to an authorized Bureau of Immigration & Customs Enforcement official for deportation proceedings in accordance with the Immigration and Nationality Act.

The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal